THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* OWEN PHIFER, Defendant-Appellant.

(No. 54768;

First District (1st Division)—October 29, 1973.

408

Opinion by Mr. JUSTICE GOLDBERG.

Paul Bradley, Deputy Defender, of Chicago (Kenneth L. Jones, Assistant Appellate Defender, of counsel) for appellant.

Bernard Carey, State's Attorney, of Chicago (James S. Veldman and Thomas A. Mauet, Assistant State's Attorneys, of counsel), for the People.